**Order entered October 26, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00836-CR

**JESUS ANTHONY RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75239-R**

## ORDER

The reporter's record was filed October 20, 2017. After reviewing the record, the Court notes that the State's exhibit 76, the DVD of witness Jose Hernandez's statement and defense exhibits 2 and 4, redacted DVD excerpts of the same, are missing from the record.

We **ORDER** court reporter Karren K. Jones to file, within **FIFTEEN DAYS** of the date of this order, true and correct copies of the State's exhibit 76 and defense exhibits 2 and 4.

We **DIRECT** the Clerk to send copies of this order to Karren K. Jones, deputy official court reporter, 265th Judicial District Court; and counsel for all parties.

/s/    LANA MYERS
        JUSTICE